**METROLOGIC INSTRUMENTS, INC. and Metro (Suzhou) Technologies Co., Ltd., Appellants,**

v.

**INTERNATIONAL TRADE COMMISSION, Appellee,**

and

Symbol Technologies, Inc., Intervenor.

No. 2007–1582.

United States Court of Appeals, Federal Circuit.

Feb. 26, 2008.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**SYMBOL TECHNOLOGIES, INC., Appellant,**

v.

**INTERNATIONAL TRADE COMMISSION, Appellee,**

and

**Metrologic Instruments, Inc. and Metro (Suzhou) Technologies Co., Ltd., Intervenors.**

No. 2007–1472.

United States Court of Appeals, Federal Circuit.

Feb. 26, 2008.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).